CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RELMOND R. WELLER, JR., | ) | Civil Action No. 7:13-cv-00449 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   Norman K. Moon |
| PAGE CO. SHERIFF OFF., | ) | United States District Judge |
|     Defendant(s). | ) | |

Relmond R. Weller, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 . By Order entered 9/30/2013, the court directed plaintiff to submit within 10 days from the date of the Order a certified copy of the plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint . Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because did not respond to the Order in any fashion. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This  30th  day of October, 2013.

                                                         United States District Judge